UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT LAWTON, et al.

Plaintiff(s)

v.

DUDE PRODUCTS, INC.

Defendant(s).

Case No. C 18-cv-04572

CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

☐ **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☒ **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: August 8, 2018

NAME: KRISTEN L. RICHER

COUNSEL FOR (OR "PRO SE"): Defendant DUDE PRODUCTS, INC.

/s/ Kristen L. Richer

*Signature*

## CERTIFICATE OF SERVICE

I am employed in Los Angeles County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My e-mail address is carmen.ayala@btlaw.com, and my business address is 2029 Century Park East, Suite 300, Los Angeles, California 90067. On August 8, 2018, I served CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION on the interested party(ies) below:

> Adam J. Gutride
> Seth A. Safier
> Marie McCrary
> GUTRIDE SAFIER LLP
> 100 Pine Street, Suite 1250
> San Francisco, California 94111
> Phone: (415) 271-6469
> Fax:   (415) 449-6469
> Email: adam@gutridesafier.com
> seth@gutridesafier.com
> marie@gutridesafier.com
>
> *Attorneys for Plaintiffs*
> Robert Lawton and Cristina Hall

☒ BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 8, 2018, at Los Angeles, California.

*/s/ Carmen M. Ayala*
Carmen M. Ayala